UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS                                    :        CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL           :        JUDGE DOHERTY,
                                                           MAG. JUDGE METHVIN
: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## MOTION TO COMPEL ANSWERS TO DISCOVERY
## AND TO ASSESS ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, comes the TOWN OF MAMOU; CHIEF GREG DUPUIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE TOWN OF MAMOU; OFFICER TODD ORTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER ALBERT MOORE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER DAVID CHARLIE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; and OFFICER LUCAS LAVERGNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU, who respectfully move and represent as follows:

1.

On or about September 1, 2009, defendants did propound certain Interrogatories and Requests for Production to plaintiff, seeking information necessary to the preparation of a defense to plaintiff's claims.  A copy of same is attached hereto as Exhibit "A."

2.

Plaintiff responded to defendants' discovery requests on November 11, 2009. However, some of the responses to discovery are insufficient. A copy of plaintiff's responses to discovery are attached hereto as Exhibit "B."

3.

On November 18, 2009, defense counsel sent a letter to plaintiff's attorney outlining the insufficiencies, and requesting whether or not they intended to supplement the discovery responses accordingly. A copy of that correspondence is attached hereto as Exhibit "C." Despite repeated demands, plaintiff has failed to provide supplemental responses to defendants' Interrogatories and Requests for Production of Documents.

4.

More than thirty (30) days have elapsed since the propounding of these Interrogatories and Requests for Production of Documents and since plaintiff's deposition which was taken on November 17, 2009, and defendants are entitled to have a rule issue herein directing plaintiff to show cause why he should not be ordered to more fully answer the Interrogatories and Requests for Production of Documents propounded; and, to pay unto defendants attorney's fees in the amount of ONE THOUSAND AND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS and expenses incurred by the filing of this motion and the hearing thereon.

WHEREFORE, movers desire that a rule issue herein directing plaintiff to show cause why he should not be ordered to more fully answer the discovery; and why plaintiff should not pay unto defendants the sum of ONE THOUSAND AND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS, representing reasonable attorney's fees, as well as expenses incurred by the filing of this motion and the hearing thereon.

BORNE & WILKES, L.L.P.


BY:         s/John F. Wilkes, III
     JOHN F. WILKES, III (Bar Roll #1644), T.A.
     JOY C. RABALAIS (Bar Roll #26476)
     RAY F. LUCAS, III (Bar Roll #27558)
     200 West Congress Street, Suite 1000
     Post Office Box 4305
     Lafayette, Louisiana  70502-4305
     Telephone:  (337)  232-1604 Ext. 224
     Facsimile:  (337) 232-1837
     E-mail:  wilkes@bornewilkes.com

ATTORNEYS FOR the TOWN OF MAMOU; CHIEF GREG DUPUIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE TOWN OF MAMOU; OFFICER TODD ORTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER ALBERT MOORE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER DAVID CHARLIE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; and OFFICER LUCAS LAVERGNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU

## CERTIFICATE

    I HEREBY CERTIFY that on December 17, 2009, a copy of the foregoing Motion to Compel Answers to Discovery and to Assess Attorney's Fees was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Ms. Katharine Murphy Schwartzmann and Mr. David D. Benoit by operation of the court's electronic filing system.

                                            s/John F. Wilkes, III
                                            JOHN F. WILKES, III
                                            BORNE & WILKES, L.L.P.
                                            Attorney for Defendants

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS                                              :          CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL                     :          JUDGE DOHERTY,
                                                                        MAG. JUDGE METHVIN
: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### CERTIFICATE OF COUNSEL

　　　Pursuant to LOCAL FEDERAL RULE 37.1W, the undersigned counsel hereby certifies that defense counsel has had a face to face conference with the plaintiff's attorney on November 17, 2009, as well as a letter dated November 18, 2009, requesting supplemental responses to Interrogatories and Request for Production of Documents in order to amicably resolve this matter, all to no avail.  Despite these requests, no supplemental responses have been received.

　　　　　　　　　　　　　　　BORNE & WILKES, L.L.P.


　　　　　　　　　　　BY: 　　　　　s/John F. Wilkes, III　　　　　
　　　　　　　　　　　　　　　JOHN F. WILKES, III (Bar Roll #1644), T.A.
　　　　　　　　　　　　　　　JOY C. RABALAIS (Bar Roll #26476)
　　　　　　　　　　　　　　　RAY F. LUCAS, III (Bar Roll #27558)
　　　　　　　　　　　　　　　200 West Congress Street, Suite 1000
　　　　　　　　　　　　　　　Post Office Box 4305
　　　　　　　　　　　　　　　Lafayette, Louisiana  70502-4305
　　　　　　　　　　　　　　　Telephone:  (337)  232-1604 Ext. 224
　　　　　　　　　　　　　　　Facsimile:  (337) 232-1837
　　　　　　　　　　　　　　　E-mail:  wilkes@bornewilkes.com

　　　　　　　　　　　　　　　ATTORNEYS FOR ATTORNEYS FOR the
　　　　　　　　　　　　　　　TOWN OF MAMOU; CHIEF GREG DUPUIS,
　　　　　　　　　　　　　　　INDIVIDUALLY AND IN HIS OFFICIAL
　　　　　　　　　　　　　　　CAPACITY AS CHIEF OF POLICE OF THE
　　　　　　　　　　　　　　　TOWN OF MAMOU; OFFICER TODD ORTIS,

INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER ALBERT MOORE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER DAVID CHARLIE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; and OFFICER LUCAS LAVERGNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU