UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS                               :       CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL                 :       JUDGE DOHERTY,
                                             MAG. JUDGE METHVIN

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## DEFENDANTS' FIRST SET OF INTERROGATORIES

**TO:   BOBBY FELIX SIMMONS,**
       by and through his attorney of record,
       Mr. David D. Benoit
       Attorney at Law
       P. O. Box 877
       Breaux Bridge, LA  70517

NOW INTO COURT,  through undersigned counsel, come defendants, the TOWN OF

MAMOU; CHIEF GREG DUPUIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS

CHIEF OF POLICE OF THE TOWN OF MAMOU; OFFICER TODD ORTIS,

INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE

TOWN OF MAMOU; OFFICER ALBERT MOORE, INDIVIDUALLY AND IN HIS

OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER

DAVID CHARLIE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE

OFFICER FOR THE TOWN OF MAMOU; and OFFICER LUCAS LAVERGNE,

INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE

TOWN OF MAMOU, who address and propound the following written interrogatories to the

plaintiff, **BOBBY FELIX SIMMONS**, through his attorney of record, Mr. David D. Benoit, to

EXHIBIT
A

be answered within thirty (30) days of receipt hereof, in accordance with the Federal Rules of Civil Procedure.  Said interrogatories are continuing and are to be answered at any time when the information becomes known prior to trial if for any reason they are not answered within thirty (30) days, which period is specifically not waived.

**INTERROGATORY NO. 1:**

> Please state your:
>
> (a)    Exact date and place of birth;
>
> (b)    Social Security Number.

**ANSWER TO INTERROGATORY NO. 1:**

> (a)
>
> (b)

**INTERROGATORY NO. 2:**

> Please state your previous addresses for the past ten (10) years, and the date of residence at each address.

**ANSWER TO INTERROGATORY NO. 2:**

**INTERROGATORY NO. 3:**

> If you have ever been convicted of a felony, please state what felony, and identify the state and the parish, district, and/or county court in which the conviction occurred and the year of the conviction.

**ANSWER TO INTERROGATORY NO. 3:**

**INTERROGATORY NO. 4:**

Describe, in detail, the damages allegedly sustained by you as a result of the incident set forth in the complaint or petition, setting forth a description of said incident and how the damages occurred.

**ANSWER TO INTERROGATORY NO. 4:**

**INTERROGATORY NO. 5:**

If you have ever received treatment for the alleged injuries or damages described in your petition or complaint, including medical treatment by any health care professional or counseling by a health care or non-healthcare provider, please state the name and address of each health care or non-healthcare provider from whom you received treatment or counseling, and if you have taken prescription medication for the alleged injuries described in your petition or complaint, please state the name and address of each pharmacy where you had your prescriptions filled.

**ANSWER TO INTERROGATORY NO. 5:**

**INTERROGATORY NO. 6:**

If you have ever made a claim for personal injuries or workers' compensation benefits, whether said claim resulted in the filing of a suit or not, please state the nature of each such claim or lawsuit and state the jurisdiction and suit number, if applicable, in which each lawsuit was filed, or if no lawsuit was filed, state the place of accident and identify the carrier, person or self-insured fund against whom said claim was made.

**ANSWER TO INTERROGATORY NO. 6:**

**INTERROGATORY NO. 7:**

Please state the names and addresses of your employer(s) for the previous ten (10) years, and the rate of compensation from each employer.

**ANSWER TO INTERROGATORY NO. 7:**


**INTERROGATORY NO. 8:**

Please itemize any and all expenses or financial losses which you have paid or incurred or which you attribute and claim are related to the incident(s) described in the complaint or petition.

**ANSWER TO INTERROGATORY NO. 8:**


**INTERROGATORY NO. 9:**

Please state the name and address of each person known or reasonably felt by you, your attorney, or other representative, to be:

(a) An eyewitness to the event(s) made the basis of your complaint or petition and whether they have been interviewed or given a statement of any type to you, your attorneys, or anyone acting on your behalf;

(b) In possession of any facts relative to this case or used by you as a witness at the trial of this case and whether they have been interviewed or given a statement of any type to you, your attorneys, or anyone acting on your behalf;

(c) In possession of or having control of any model, map, drawing, or photograph, videotape, survey or other tangible or electronic memorialization of any materials relative to the facts of this case.

**ANSWER TO INTERROGATORY NO. 9:**

(a)

(b)

(c)

**INTERROGATORY NO. 10:**

Please state the name, address and telephone number of all witnesses whom you will or may call at the trial of this matter.

**ANSWER TO INTERROGATORY NO. 10:**

**INTERROGATORY NO. 11:**

Please list and describe all tangible or electronic exhibits, including depositions, statements, photos, videos, e-mails, etc., which you will or may use at the trial of this matter.

**ANSWER TO INTERROGATORY NO. 11:**

**INTERROGATORY NO. 12:**

Please state whether or not you have conducted or caused to be conducted any inquiry or investigation of the circumstances and facts surrounding the incident complained of in this litigation.

**ANSWER TO INTERROGATORY NO. 12:**

**INTERROGATORY NO. 13:**

If your answer to the preceding interrogatory is in the affirmative, please state whether any tangible or electronic items, including but not limited to any report, memorandum, or other document pertaining thereto, including any photographs, videotapes, statements, charts, maps, surveys or other tangible or electronic item(s) incident to and a part of any such report, memorandum or other document, is presently in your possession, custody or control, or your attorney's, and if so, list and describe each.

**ANSWER TO INTERROGATORY NO. 13:**

**INTERROGATORY NO. 14:**

State the names of each expert witness or other witness from whom you will or may attempt to elicit opinion evidence, and with respect to each, please state:

    (a)    The date said expert was first employed;

    (b)    The present employer and address and telephone number of each;

    (c)    The opinions each such expert plans to offer and the factual basis of each opinion.

**ANSWER TO INTERROGATORY NO. 14:**

    (a)

    (b)

    (c)

**INTERROGATORY NO. 15:**

Pursuant to Louisiana Code of Civil Procedure, Article 893(A)(1), and **May v. Winn Dixie Louisiana, Inc., 613 So.2d 1026 (La.  App. 3 Cir. 1993), writ denied, 616 So.2d 704 (La. 1993),** please state, with specificity, the amount sought by **BOBBY FELIX SIMMONS,** including specials, as damages in this case.

**ANSWER TO INTERROGATORY NO. 15:**

**INTERROGATORY NO. 16:**

Please list the name, address, and telephone number of any and all health care providers (doctors, chiropractors, osteopaths, pharmacies, hospitals, etc.) who have treated you within the last five years.

**ANSWER TO INTERROGATORY NO. 16:**

**INTERROGATORY NO. 17:**

For any of the areas of your body which you say you have hurt as a result of the incident in this case, please state whether you have ever had problems with any of said areas (no matter how minor) or ever injured them at any other time in your life.  If your answer is yes, please state which area or areas (being as precise as possible), when, what problems resulted, which doctors or health care providers of any kind you saw, what kind of problems resulted (not limited to pain, but also including disability, if applicable), and when said problem or problems ended (and if it did not up to the time of the accident here complained of, please state so).

**ANSWER TO INTERROGATORY NO. 17:**

**INTERROGATORY NO. 18:**

Please state whether or not **BOBBY FELIX SIMMONS** is currently working or has worked in any capacity for anyone (including himself), either for pay, other consideration, and/or in a volunteer capacity, since May 21, 2008.

**ANSWER TO INTERROGATORY NO. 18:**

BORNE & WILKES, L.L.P.

BY: _Joy C Rabalais_____

JOHN F. WILKES, III (Bar Roll #1644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 224

ATTORNEYS FOR THE TOWN OF MAMOU; CHIEF
GREG DUPUIS, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE OF THE TOWN OF
MAMOU; OFFICER TODD ORTIS, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR
THE TOWN OF MAMOU; OFFICER ALBERT MOORE,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A
POLICE OFFICER FOR THE TOWN OF MAMOU;
OFFICER DAVID CHARLIE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE
TOWN OF MAMOU; AND OFFICER LUCAS LAVERGNE,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A
POLICE OFFICER FOR THE TOWN OF MAMOU

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served

upon counsel for all parties to this proceeding by mailing the same to each by first class United

States mail, properly addressed, postage prepaid, at the last known address.

Lafayette, Louisiana, this 1st day of September, 2009.

_Joy C Rabalais_____
JOY C. RABALAIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS       :  CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL   :  JUDGE DOHERTY,
             MAG. JUDGE METHVIN

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:** **BOBBY FELIX SIMMONS,**
   by and through his attorney of record,
   Mr. David D. Benoit
   Attorney at Law
   P. O. Box 877
   Breaux Bridge, LA  70517

**PLEASE TAKE NOTICE** that, through undersigned counsel, you are hereby requested

by defendants, the TOWN OF MAMOU; CHIEF GREG DUPUIS, INDIVIDUALLY AND IN

HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE TOWN OF MAMOU; OFFICER

TODD ORTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE

OFFICER FOR THE TOWN OF MAMOU; OFFICER ALBERT MOORE, INDIVIDUALLY

AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF

MAMOU; OFFICER DAVID CHARLIE, INDIVIDUALLY AND IN HIS OFFICIAL

CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; and OFFICER LUCAS

LAVERGNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER

FOR THE TOWN OF MAMOU, to produce at the offices of Borne & Wilkes, L.L.P., P. O. Box

4305, Lafayette, Louisiana, 70502, within the legal delays allowed by the Federal Code of Civil

Procedure, the following documents:

1.   All evidence of special expenses, costs or losses resulting in any way to the alleged incident sued upon.

2.   Copies of all medical reports, letters, opinions or memoranda from any physician, surgeon, hospital, clinic, medical specialist, or any other health care provider, regarding or relating in any way to the alleged injuries of plaintiff or regarding or relating in any way to the alleged incident sued upon.

3.   All evidence of special expenses, costs or losses resulting in any way to the alleged incident sued upon, including copies of all medical bills, statements or receipts from physicians, from pharmacies, clinics, hospitals and any and all other bills, statements, invoices, receipts, estimates or evidence of charges, expenses or loss which represents in any way special expenses sued for or for which recovery is sought in this lawsuit.

4.   All other evidence of special damages or expenses, including lost wages or income.

5.   Please produce copies of all exhibits or materials which you identified in response to Interrogatory No. 15.

6.   Please sign and execute and have witnessed all ten attached original AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION forms and return all ten originals to us.  Please do not date the releases for medical records; we will date same when we forward them on to the medical care providers.

7.   Please execute and have witnessed the attached special authorization from Our Lady of Lourdes Regional Medical Center, Inc. of Lafayette, Louisiana.

8.   If **BOBBY FELIX SIMMONS** was in the military, please execute the attached military and medical records release/authorization and include the following information on the authorization.  Please do not date the release for military records; we will date same when we forward it with our request for records.
     (a)   Service Number;
     (b)   Branch of Service; and
     (c)   Dates of Activity.

9.   Please execute the attached employment and personnel records release/authorization.

10.  Please execute the attached school records release/authorization.

11.    Please execute and have witnessed the attached special Authorization to Release or Obtain Health Information form for release of medical records from a state or federally-funded hospital.

12.    Please execute the attached release to obtain tax returns.

13.    Please execute both of the attached Social Security requests.

14.    Please produce copies of any and all federal and state income tax returns and W-2 and K-1 forms of plaintiff, **BOBBY FELIX SIMMONS**, for the last five (5) years.

15.    Please furnish a copy of any statements given by any eyewitnesses to the incident made the basis of this suit.

16.    Please produce copies of all memorialized statements (written, oral, videotape or otherwise) taken from any party and/or witness, including any employee of the defendants.

17.    To the extent not previously requested, please produce copies of all exhibits or materials which will or may be used by you at the trial of this matter, including statements, reports, letters or other memorialization from any other person(s) who have not been identified as experts in this case.

18.    Please produce a color copy of the front and back of your current driver's license or identification card.

19.    Please provide a copy of the marriage license and/or certificate of **BOBBY FELIX SIMMONS**.

Respectfully submitted,

BORNE & WILKES, L.L.P.

BY:    _Joy C Rabalais_

JOHN F. WILKES, III (Bar Roll #1644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana  70502-4305
Telephone:  (337) 232-1604 Ext. 224

ATTORNEYS FOR THE TOWN OF MAMOU;
CHIEF GREG DUPUIS, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS CHIEF OF POLICE
OF THE TOWN OF MAMOU; OFFICER TODD
ORTIS, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A POLICE OFFICER FOR THE
TOWN OF MAMOU; OFFICER ALBERT MOORE,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A POLICE OFFICER FOR THE
TOWN OF MAMOU; OFFICER DAVID CHARLIE,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A POLICE OFFICER FOR THE
TOWN OF MAMOU; AND OFFICER LUCAS
LAVERGNE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A POLICE OFFICER FOR
THE TOWN OF MAMOU

<u>CERTIFICATE</u>

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served

upon counsel for all parties to this proceeding by mailing the same to each by first class United

States mail, properly addressed, postage prepaid, at the last known address.

Lafayette, Louisiana, this _13th_ day of _September_, 2009.

_____
JOY C. RABALAIS

## AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Hospital/Medical Facility: _____

Address: _____

Patient Name: __BOBBY FELIX SIMMONS_____

Date of Birth: _____    Medical Record #: _____

1.  I authorize _____. to disclose my mental or physical health information specific to the following date or time period :_____

2.  Individual or entity authorized to receive my health information: Borne & Wilkes, L.L.P._____

3.  Purpose for which disclosure is to be made: this information is being sought because of litigation in general and more specifically personal injury and/or property damage and/or workers' compensation claim

4.  Information to be disclosed:

☒ Discharge Summary          ☒ History & Physical Exam      ☒ Operative Report

☒ ER Report                   ☒ Laboratory Report            ☒ Radiology Report

☒ Pathology Report            ☒ Consultation Records         ☒ EKG, MRI, CT Scan, Myelogram or any other diagnostic test results


☒Telephone messages     ☒Billing records /Itemized Statements ☒Medical Notes-handwritten/typed

☒Prescriptions          ☒Nurse's notes and reports      ☒Any and all correspondence from patient

☐ _____

I understand that this will include health information relating to (check if applicable):

☒ HIV (human immunodeficiency virus)        ☒ Mental Health

☒ Treatment for alcohol and/or drug abuse   ☒ Genetic Testing

5.  I understand that the person(s) or entity(ies) receiving the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore, I release_____ and its employees, and my physicians from all liability arising from this disclosure of my health information.

6.  I understand that I may inspect or request copies of my information disclosed by this authorizations. It is my understanding that this authorization will expire on the date specified below. I understand that I may revoke this authorization by notifying in writing, the Medical Records Department, knowing that previously disclosed information would not be subject to my revocation request.

7.  I understand that the person I am authorizing to use and/or disclose the information may receive compensation for doing so.

8.  I am releasing these records because of my involvement in litigation and/or a Workers' Compensation dispute I have filed.

9.  I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

10. I understand that this release does not authorize verbal communication by the health care provider to the requesting party.


Signature: Patient or Legal Representative          Date


Signature: Witness                                  Title


Expiration Date:        Until completion of litigation entitled, "Bobby Felix Simmons vs. City of Mamou, et al," Civil Action Number 09-CV-00663, U. S. District Court, Western District of Louisiana, Lafayette Division, through dismissal, settlement or final judgment

OUR LADY OF LOURDES REGIONAL MEDICAL CENTER
**611 ST. LANDRY STREET, LAFAYETTE, LA 70506**
**AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION**

Patient Name: ___BOBBY FELIX SIMMONS____

Date of Birth: _____     Medical Record #: _____

1. I authorize Our Lady of Lourdes, RMC, Inc. to disclose my health information specific to the following date or time period : _____

2. Individual or entity authorized to receive my health information: Borne & Wilkes, L.L.P. _____

3. Purpose for which disclosure is to be made:  this information is being sought because of litigation in general and more specifically personal injury and/or property damage and/or workers' compensation claim _____

4. Information to be disclosed:

   ☒ Discharge Summary      ☒ History & Physical Exam     ☒ Operative Report
   ☒ ER Report              ☒ Laboratory Report           ☒ Radiology Report
   ☒ Pathology Report       ☒ Consultation Records        ☒ EKG, MRI, CT Scan, Myleogram
                                                             or any other diagnostic test results

   ☒ Telephone Messages     ☒ Billing records/Itemized Statements  ☒ Medical Notes handwritten/typed
   ☒ Prescriptions          ☒ Nurse's notes and reports    ☒ Any and all correspondence from
                                                             patient

   ☐ _____
   I understand that this will include health information relating to (check if applicable):
   ☒ HIV (human immunodeficiency virus)          ☒ Mental Health
   ☒ Treatment for alcohol and/or drug abuse      ☒ Genetic Testing

5. I understand that the person(s) or entity(ies) receiving the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore, I release Our Lady of Lourdes, RMC, Inc. and its employees, and my physicians from all liability arising from this disclosure of my health information.

6. I understand that I may inspect or request copies of my information disclosed by this authorizations.  It is my understanding that this authorization will expire on the date specified below.  I understand that I may revoke this authorization by notifying in writing, the Medical Records Department, knowing that previously disclosed information would not be subject to my revocation request.

7. I understand that the person I am authorizing to use and/or disclose the information may receive compensation for doing so.

8. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.


Signature:  Patient or Legal Representative          Date


Signature:  Witness                                  Title

Expiration Date:        Until completion of litigation entitled, "Bobby Felix Simmons vs. City of Mamou, et al,"
                        Civil Action Number 09-CV-00663, U. S. District Court, Western District of Louisiana,
                        Lafayette Division, through dismissal, settlement or final judgment

┌─────────────────────────┐     **OUR LADY OF LOURDES REGIONAL MEDICAL CENTER**
│                         │     **611 ST. LANDRY STREET, LAFAYETTE, LA 70506**
│    **PATIENT LABEL**    │
│                         │     **AUTHORIZATION FOR USE OF**
└─────────────────────────┘     **PROTECTED HEALTH INFORMATION**

National Personal Records
  (Military Personnel Records)
9700 Page Boulevard
St. Louis, Missouri  63123

      Re:    Military and Medical Records of
             BOBBY FELIX SIMMONS
             Service No. _____
             Social Security No. _____
             Branch of Service _____
             Dates of Activity:  From _____ to _____

Gentlemen:

      I authorize the National Personal Records Center, or other custodian of my military service records, to release to the law firm of Borne & Wilkes, L.L.P., Post Office Box 4305, Lafayette, Louisiana, 70502, (337) 232-1604, the following information and/or copies of documents from my military service record:

      A copy in full of all my military records, including any and all medical records, reports, treatments, findings, diagnoses, history, x-rays, observations, and all other medical information.  You are also authorized to provide a copy of any and all personnel records and/or files within your control.

      A photostatic copy of this authorization will suffice in lieu of the original.  This authorization is valid for all future requests unless revoked by me in writing.


                                 _____

                                   BOBBY FELIX SIMMONS


                                   DATE: _____

## AUTHORIZATION FOR EMPLOYMENT RECORDS

TO WHOM IT MAY CONCERN:

I DO HEREBY AUTHORIZE to provide copies of any and all personnel files, records,

pre-employment applications, physicals, accident reports, and other such documents retained by

and regarding my employment with the same to Borne & Wilkes, L.L.P., P. O. Box 4305,

Lafayette, Louisiana, 70502, (337) 232-1604.  I further agree and authorize that photostatic

copies of this authorization may be submitted in lieu of the original.

THUS DONE AND SIGNED this _____ day of _____, 20_____.


_____

BOBBY FELIX SIMMONS

Social Security No.:_____

## SCHOOL RECORD AUTHORIZATION

This will authorize you to give to the law firm of Borne & Wilkes, L.L.P., P. O. Box 4305, Lafayette, Louisiana, 70502, (337) 232-1604, a copy in full of all academic records, including courses taken, credits obtained, grades posted, year and/or class designations, class rankings, medical records from any athletic department and/or from any university or school infirmary or hospital, disciplinary actions, suspensions and/or academic probations, and any and all other records regarding BOBBY FELIX SIMMONS, whose Social Security Number is _____ and whose birth date is _____ from the _____ _____academic institution.  You are also authorized to provide a copy of any and all records and/or files within your control.

A photostatic copy of this authorization will suffice in lieu of the original.  This authorization is valid for all future requests unless revoked by me in writing.

_____

BOBBY FELIX SIMMONS


DATE: _____

Louisiana Department of Health and Hospitals

## Authorization to Release or Obtain Health Information
### (including paper, oral and electronic information)

| Name: | Request Date: |
|---|---|
| Mailing Address: | Date of Birth: |
| City/State/Zip: | Medicaid # or Social Security #: |

**I authorize:**

Name: _____

Mailing Address: _____

City, State, Zip Code: _____

Relationship: _____  Telephone Number: _____

☐ **TO RELEASE Information TO**   OR   ☐ **TO OBTAIN Information FROM**
*(Place an "X" in the box that indicates if the information is being released OR requested.)*

Name: _____

Mailing Address: _____

City, State, Zip Code: _____

Relationship: _____  Telephone Number: _____

The **Purpose of this Authorization** is indicated in the box(es) below. *(Place an "X" in the box(es) that apply.)*

☐ Further Medical Care   ☐ Personal   ☐ Legal Investigation or Action   ☐ Changing Physicians
☐ Research related treatment   ☐ Creating health information for disclosure to a third party.
☐ Other: (Specify)_____

**I authorize the release of the following protected health information.**
*(Place an "X" in the box(es) that apply to the information you want released or you want to obtain.)*

☐ Entire Record   ☐ Medical History, Examination, Reports   ☐ Surgical Reports   ☐ Treatment or Tests
☐ Prescriptions   ☐ Immunizations  ☐ Hospital Records including Reports   ☐ Laboratory Reports
☐ X-ray Reports   ☐ MR/DD Records   ☐ Other: _____

**In compliance with state and/or federal laws which require special permission to release otherwise privileged information, please release the following records.**

☐ Alcoholism   ☐ Drug Abuse   ☐ Mental Health   ☐ Vocational Rehabilitation   ☐ HIV (AIDS)
☐ Sexually Transmitted Diseases   ☐ Genetics   ☐ Psychotherapy Notes
☐ Other_____

**This authorization shall expire on** _____ **(date or event) and**

**is needed for the period beginning** _____ **and ending** _____.

I understand that if I do not specify an expiration date, this authorization will expire six (6) months from the date on which it was signed. I acknowledge that I have read both pages 1 and 2 of this form.

_____   _____
Signature of Individual or Personal Representative Authorized by Law           Date

_____   _____
Signature of Witness *(If signed with an "X" or mark)*           Date

### For DHH Use When Requesting Records

*I am authorized to receive this disclosure. Documentation on the above Personal Representative has been obtained.*

_____   _____
Signature and Title of Agency Representative           Date

HIPAA 402P pg 1

## Important Information about Authorization

We may need your authorization to use, disclose or obtain your health information for some of our services.

You do not have to sign this form.  If you agree to sign this authorization to release or obtain information, you will be given a signed copy of the form.

A separate signed authorization form is required for the use and disclosure of health information for:

✓   Psychotherapy notes
✓   Employment-related determinations by an employer
✓   Research purposes unrelated to your treatment

When required by law or policy, DHH may only obtain, use and disclose your health information if the required written authorization includes all the required elements of a valid authorization.

An authorization is voluntary. You will not be required to sign an authorization as a condition of receiving treatment services or payment for health care services.  If your authorization is required by law or policy, DHH will use and disclose your health information as you have authorized on the signed authorization form.

You may be required to sign an authorization before receiving research-related treatment.

You may be required to sign an authorization form for the purpose of creating protected health information for disclosure to a third party. *Example:* In a juvenile court proceeding where a parent is required to obtain a psychological evaluation on their minor child by DHH, the parent may be required to sign an authorization to release the evaluation report (but not the psychotherapy notes) to DHH.

You may cancel an authorization in writing at any time. DHH can not take back any uses or disclosures already made before an authorization was cancelled.

Information used or disclosed by this authorization may be re-disclosed by the recipient and will no longer be protected by DHH privacy policies.

### Your right to file a privacy complaint

You may contact the Privacy Office listed below if you want to file a complaint or to report a problem about how DHH has used or disclosed information about you. Your benefits will not be affected by any complaints you make. DHH cannot punish or retaliate against you for filing a complaint, cooperating in any investigation, or refusing to agree to something that you believe to be unlawful. Your Privacy office contact is:

> **State of Louisiana**
> **Department of Health and Hospitals**
> **Office of Secretary**
> **Privacy Office**
> **P.O. Box 629**
> **Baton Rouge, LA 70821-0629**
> **Phone : 1-877-559-9664**
>
> E-mail: privacy-dhh@dhh.state.la.us

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (Rev. October 2008) | ▶ Do not sign this form unless all applicable lines have been completed. Read the instructions on page 2. | OMB No. 1545-0429 |
| Department of the Treasury Internal Revenue Service | ▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature. | |

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a  Name shown on tax return. If a joint return, enter the name shown first. | 1b  First social security number on tax return or employer identification number (see instructions) |
|---|---|
| 2a  If a joint return, enter spouse's name shown on tax return. | 2b  Second social security number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Previous address shown on the last return filed if different from line 3

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

**Caution:** *DO NOT SIGN* this form if a third party requires you to complete Form 4506, and lines 6 and 7 are blank.

6  **Tax return requested.** (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____
    **Note.** *If the copies must be certified for court or administrative proceedings, check here.* . . . . . . . . . ☐

7  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

    _____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____

    _____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____

| 8  **Fee.** There is a $57 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order. | |
|---|---|
|   a  Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . | $     57.00 |
|   b  Number of returns requested on line 7 . . . . . . . . . . . . . . . . | |
|   c  Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . | $ |

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . ☐

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a  (    )

**Sign Here** ▶

  Signature (see instructions)        Date

  Title (if line 1a above is a corporation, partnership, estate, or trust)

  Spouse's signature        Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.       Cat. No. 41721E       Form **4506** (Rev. 10-2008)

Page **2**

Form 4506 (Rev. 10-2008)

# General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

**Note.** *You can also call 1-800-829-1040 to request a transcript or get more information.*

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team Stop 6705–S-2 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

# Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.**

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

Form Approved OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

TO: Social Security Administration

_____          _____          _____
Name                             Date of Birth                    Social Security Number

I authorize the Social Security Administration to release information or records about me to:

NAME                                             ADDRESS
_____                     _____
_____                     _____
_____                     _____
_____                     _____

I want this information released because: of litigation purposes to get Social Security Disability
Applications, records, and decisions thereon, awards or denial letters, medical records submitted
or records on exams by physicians chosen by the Social Security Administration, as well as all
Social Security Income Earned Reports or information from employers.
(There may be a charge for releasing information.)

Please release the following information:

____Social Security Number
____Identifying information (includes date and place of birth, parents' names)
____Monthly Social Security benefit amount
____Monthly Supplemental Security Income payment amount
____Information about benefits/payments I received from _____to _____
____Information about my Medicare claim/coverage from _____to _____
(specify)
____Medical records
____Record(s) from my file (specify) any and all prior applications filled out with Social
Security for Social Security Disability benefits, awards or denial letters, medical records
submitted or records on exams by physicians chosen by the Social Security Administration and
any and all income earnings reports by year from employers
Other (specify) _____

I am the individual to whom the information/record applies or that person's parent (if a minor) or
legal guardian. I know that if I make any representation which I know is false to obtain
information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names, and addresses of two people if signed by mark.)

Date: _____     Relationship:_____

Form SSA-3288 (5-2007) EF (5-2007)

Form Approved
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

**\*Use This Form If You Need**

**1. Certified/Non-Certified Detailed Earnings Information**

Includes periods of employment or self-employment and the names and addresses of employers.

**OR**

**2. Certified Yearly Totals of Earnings**

Includes total earnings for each year but does not include the names and addresses of employers.

---

**DO NOT USE THIS FORM FOR:**

**Non-certified yearly totals of earnings**

This service is free to the public.

These totals can be obtained by calling 1-800-772-1213 to receive Form SSA-7004, Request for Earnings and Benefit Estimate Statement.

---

**PRIVACY ACT NOTICE:** We are authorized to collect this information under section 205 of the Social Security Act, and the Federal Records Act of 1950 (64 Stat. 583). It is needed so we can identify your records and prepare the statement you request. You do not have to furnish the information, but failure to do so may prevent your request from being processed.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

## INFORMATION ABOUT YOUR REQUEST

**How Do I Get This Information?**

You need to complete the attached form to tell us what information you want.

**Can I Get This Information For Someone Else?**

Yes, if you have their written permission. For more information, see page 3.

**Who Can Sign On Behalf Of The Individual?**

The parent of a minor child, or the legal guardian of an individual who has been declared legally incompetent, may sign if he/she is acting on behalf of the individual.

**Is There A Fee For This Information?**

**1. Certified/Non-Certified Detailed Earnings Information**

Yes, we usually charge a fee for detailed information. In most cases, this information is used for purposes NOT directly related to Social Security such as for a private pension plan or personal injury suit. The fee chart on page 3 gives the amount of the charge.

Sometimes, there is no charge for detailed information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us

and it does not agree with your records), we will supply you with more detail for the period in question. Occasionally, earnings amounts are wrong because an employer did not correctly report earnings or earnings are credited to the wrong person. In situations like these, we will send you detailed information, at no charge, so we can correct your record.

Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

We will certify the detailed earnings information for an additional fee of $15.00. Certification is usually not necessary unless you plan to use the information in court.

**2. Certified Yearly Total of Earnings**
Yes, there is a fee of $15 to certify yearly totals of earnings. Cetification is usually not necessary unless you plan to use the information in court.

**3. Method of Payment**
Enclose a check or money order for the entire fee required. Payment can also be made by credit card. To do so, complete page 4 of this form and return it with your request form.

---

Form SSA-7050-F4 (01-2004)  EF (09-2008)
Destroy prior editions

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

   Print the Name, Social Security Number (SSN), and date of birth below.

   Name _____     Social Security
                                       Number _____

   Other Name(s) Used                  Date of Birth
   (Include Maiden Name) _____  (Mo/Day/Yr) _____

2. What kind of information do you need?

   ☐  **Detailed Earnings Information**          For the period(s)/year(s): _____
      (If you check this block, tell us below
      why you need this information.)

      _____
      _____

   ☐  **Certified Total Earnings For Each Year.**   For the year(s): _____
      (Check this box only if you want the information
      certified. Otherwise, call 1-800-772-1213 to
      request Form SSA-7004, Request for Earnings
      and Benefit Estimate Statement)

3. If you owe us a fee for this detailed earnings information, enter the amount due
   using the chart on page 3 · · · · · · · · · · · · · · · · · · · · · · · · · ·  A. $ _____

   Do you want us to certify the information?        ☐ Yes    ☐ No

      If yes, enter $15.00 · · · · · · · · · · · · · · · · · · · · · · · · · ·  B. $ _____

   ADD the amounts on lines A and B, and
   enter the TOTAL amount · · · · · · · · · · · · · · · · · · · · · · · · · ·  C. $ _____

   - You can pay by CREDIT CARD by completing and returning the form on page 4, or
   - Send your CHECK or MONEY ORDER for the amount on line C with the request
     and make check or money order payble to "Social Security Administration"
   - DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that
   individual). I understand that any false representation to knowingly and willfully obtain information from
   Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

   SIGN your name here
   (Do not print)  > _____     Date _____

   Daytime Phone Number  _____ _____
                         (Area Code)  (Telephone Number)

5. Tell us where you want the information sent. (Please print)

   Name _____     Address _____

   City, State & Zip Code _____

6. Mail Completed Form(s) To:          **Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

   Social Security Administration         Social Security Administration
   Division of Earnings Record Operations Division of Earnings Record Operations
   P.O. Box 33003                         300 N. Greene St.
   Baltimore Maryland  21290-3003         Baltimore Maryland  21290-0300

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

How Much Do I Have to Pay For Detailed Earnings?

1.  Count the number of years for which you need detailed earnings information.  Be sure to add in both the first and last year requested.  However, do not add in the current calendar year since this information is not yet available.

2.  Use the chart below to determine the correct fee.

| Number of Years Requested | Fee | Number of Years Requested | Fee | Number of Years Requested | Fee |
|---|---|---|---|---|---|
| 1 | $15.00 | 15 | $43.75 | 28 | $64.50 |
| 2 | 17.50 | 16 | 45.50 | 29 | 66.00 |
| 3 | 20.00 | 17 | 47.25 | 30 | 67.50 |
| 4 | 22.50 | 18 | 49.00 | 31 | 68.75 |
| 5 | 25.00 | 19 | 50.75 | 32 | 70.00 |
| 6 | 27.00 | 20 | 52.50 | 33 | 71.25 |
| 7 | 29.00 | 21 | 54.00 | 34 | 72.50 |
| 8 | 31.00 | 22 | 55.50 | 35 | 73.75 |
| 9 | 33.00 | 23 | 57.00 | 36 | 75.00 |
| 10 | 35.00 | 24 | 58.50 | 37 | 76.25 |
| 11 | 36.75 | 25 | 60.00 | 38 | 77.50 |
| 12 | 38.50 | 26 | 61.50 | 39 | 78.75 |
| 13 | 40.25 | 27 | 63.00 | 40 | 80.00 |
| 14 | 42.00 | | | | |

**For Requests Over 40 Years, Please Add 1 Dollar for Each Additional Year.**

- **Whose Earnings Can Be Requested**

   1.  **Your Earnings**

      You can request earnings information from your own record by completing the attached form; we need your handwritten signature.  If you sign with an "X", your mark must be witnessed by two disinterested persons who must sign their name and address.

   2.  **Someone Else's Earnings**

      You can request earnings information from the record of someone else if that person tells us in writing to give the information to you.  This writing or "authorization" must be presented to us within 60 days of the date it was signed by that person.

   3.  **A Deceased Person's Earnings**

      You can request earnings information from the record of a deceased person if you are the legal representative of the estate, a survivor (that is, the spouse, parent, child, divorced spouse of divorced parent), or an individual with a material interest (example-financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

      Proof of death must be included with your request.  Proof of appointment as representative or proof of your relationship to the deceased must also be included.

## YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

As a convenience, we offer you the option to make your payment by credit card.  However, regular credit card rules will apply.
You may also pay by check or money order.

Please fill in all the information below and return
this form along with your request to:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore Maryland  21290-3003

**Exception:**
If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore Maryland  21290-0300

### Note: Please read Paperwork/Privacy Act Notice

CHECK ONE

☐ Visa        ☐ American Express
☐ MasterCard  ☐ Discover      ☐ Diners Card

Credit Card Holder's Name
(Enter the name from the credit card)

First Name, Middle Initial, Last Name

Credit Card Holder's Address

Number & Street

City, State, & Zip Code

Daytime Telephone Number

Area Code        Telephone Number

Credit Card Number

Credit Card Expiration Date

Month            Year

Amount Charged

$

Credit Card Holder's Signature

**DO NOT WRITE IN THIS SPACE
OFFICE USE ONLY**

Authorization

Name                          Date

Remittance Control #

## PRIVACY ACT NOTICE

The Social Security Administration (SSA) has authority to collect the information requested on this form under section 205 of the Social Security Act.  Giving us this information is voluntary.  You do not have to do it.  We will need this information only if you choose to make payment by credit card.  You do not need to fill out this form if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account.  We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records.  You can find these and other routine uses of information provided to SSA listed in the Federal Register.  If you want more information about this, you may call or write any Social