# BORNE & WILKES, L.L.P.
### Attorneys at Law
200 West Congress Street
Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305

John F. Wilkes, III
hensgens@bornewilkes.com

Telephone (337) 232-1604
Facsimile (337) 232-1837

November 18, 2009
(Dictated/**Not Read**)

Ms. Katharine Murphy Schwartzmann
American Civil Liberties Union Foundation of Louisiana
P. O. Box 56157
New Orleans, LA 70156

Mr. David D. Benoit
Attorney at Law
P. O. Box 877
Breaux Bridge, LA 70517

    Re:   Bobby Felix Simmons vs. City of Mamou, et al
           Civil Action Number: 09-CV-00663
           Judge Doherty, Magistrate Judge Methvin

Dear Katharine and David:

    Pursuant to our meeting on November 17, 2009, and the dictates of Rule 37.1, I believe we discussed all of the responses and/or objections and answers given by Mr. Simmons which I felt were deficient.

    Obviously, he or Katie answered about whether or not an investigation was done prior to the filing of the suit; however, my requests for medical expenses and other monetary losses I believe are reasonable and I would appreciate your letting me know if you intend to supplement those responses formally.

    If you have any questions, please do not hesitate to contact me.

                            Cordially,

                            JOHN F. WILKES, III

JFW:lec


EXHIBIT C