UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS : CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL : JUDGE DOHERTY,
  MAG. JUDGE METHVIN

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### **ORDER**

Considering the foregoing motion;

IT IS ORDERED that the plaintiff show cause on the _____ day of _____, 20___, at _____ o'clock a.m. at _____, Louisiana, why he should not be ordered to more fully answer the discovery propounded by defendants; and why he should not be ordered to pay to said defendants the sum of ONE THOUSAND AND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS as attorney's fees incurred in the filing of this rule, as well as expenses incurred by the filing of this motion and the hearing thereon.

_____, Louisiana, this _____ day of _____, 2009.

_____
DISTRICT JUDGE