UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS  :  CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL  :  JUDGE DOHERTY,
MAG. JUDGE HANNA

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## JOINT MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come and appear plaintiff, BOBBY SIMMONS, and defendants, the TOWN OF MAMOU; CHIEF GREG DUPUIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE TOWN OF MAMOU; OFFICER TODD ORTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER ALBERT MOORE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; OFFICER DAVID CHARLIE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU; and OFFICER LUCAS LAVERGNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF MAMOU, and on suggesting to the Court that all issues in the above entitled and numbered cause have been settled by compromise, the parties move for dismissal of plaintiff's complaint in the above entitled and numbered cause with full prejudice.

Counsel for plaintiffs have given John F. Wilkes, III., permission to use their electronic signature for this filing.

WHEREFORE, the parties respectfully move that the above entitled and numbered cause be dismissed with full prejudice.

APPROVED:

s/Justin Paul Harrison
Marjorie Esman, Bar # 18198
Justin Paul Harrison, Bar # 33575
American Civil Liberties Union Foundation of Louisiana
P. O. Box 56157
New Orleans, LA  70156
Phone # 504-522-0628
Attorney for Plaintiff


s/David Benoit
David Benoit, Bar # 18788
Post Office Box 877
Breaux Bridge, Louisiana 70517
Phone # (337) 332-6666
Co-Counsel for Plaintiff


s/John F. Wilkes, III
JOHN F. WILKES, III (Bar Roll #01644)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 201
Facsimile: (337) 232-1837
Attorney for Defendants