U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 29 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

BOBBY FELIX SIMMONS

VERSUS      :   CIVIL ACTION NO. 09-CV-00663

CITY OF MAMOU, ET AL   :   JUDGE ~~DOHERTY~~ FOOTE,
MAG. JUDGE HANNA

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Considering the foregoing Joint Motion for Dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint in the above entitled and numbered cause be, and it is hereby dismissed with full prejudice to all rights of all parties.

THUS DONE AND SIGNED at SHREVEPORT, Louisiana, on this 29th day of AUGUST, 2012.

_____
JUDGE